```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19041
  DALE M HUBNER
  NICOLE F HUBNER                           CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-6772     SSN XXX-XX-5364

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/16/07 and confirmed on 02/13/08.

     2.  The case was dismissed after confirmation, 08/15/2008.

     3.  The Debtor paid a total of $   6695.20 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG        .00           .00          .00
WELLS FARGO HOME MTGE    MORTGAGE ARRE        .00           .00          .00
DAIMLER CHRYSLER FINANCI SECURED VEHIC    12479.66        359.52       1772.04
GE MONEY BANK            SECURED           3915.00         67.14        464.49
WELLS FARGO FINANCIAL AC SECURED VEHIC     3960.84          .00        3643.69
ADVENTIST HINSDALE HOSPI UNSECURED        NOT FILED         .00          .00
ALLSTATE INSURANCE       UNSECURED        NOT FILED         .00          .00
AT&T MOBILITY LLC        UNSECURED        NOT FILED         .00          .00
BARONS CREDITORS SERVICE UNSECURED        NOT FILED         .00          .00
BLOCKBUSTER              UNSECURED        NOT FILED         .00          .00
CAPITAL ONE BANK         UNSECURED          865.35          .00          .00
RESURGENT CAPITAL SERVIC UNSECURED         3546.01          .00          .00
EASY TO BAKE EASY TO MAK UNSECURED        NOT FILED         .00          .00
EMERGENCY HEALTHCARE PHY UNSECURED        NOT FILED         .00          .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED         .00          .00
PLATINUM CAPITAL         UNSECURED        NOT FILED         .00          .00
TEAM EXTERIORS           UNSECURED         4143.14          .00          .00
RESURGENT CAPITAL SERVIC UNSECURED         7301.12          .00          .00
WASHINGTON MUTUAL CARD S UNSECURED        NOT FILED         .00          .00
CE MONEY BANK            UNSECURED         2987.59          .00          .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------
     Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED 20355.50       .00      18843.21        .00       39198.71
PRINCIPAL PAID      5880.22       .00          .00         .00        5880.22
INTEREST PAID        426.66       .00          .00         .00         426.66
```

```
TOTAL PAID                  6306.88         .00         .00         .00        6306.88
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   3500.00
and was paid $   1501.00  direct and $        .00   through the plan.
```

The Trustee received $    388.32 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE